**Fill in this information to identify the case:**

Debtor 1    Sandra Kay Underwood

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Southern    District of   IN
(State)

Case number   20-70658-AKM-13

# Official Form 410S1
## Notice of Mortgage Payment Change                                                     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1

**Name of creditor:** Freedom Mortgage Corporation

**Court Claim no.** (if known)   7

**Last 4 digits of any number you use to identify the debtor's account:** 0108

**Date of payment change:**
Must be at least 21 days after date of this notice        August 1, 2021

**New total payment:**
Principal, interest, and escrow, if any      $866.45

### Part 1   Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - [ ] No
   - [x] Yes. Attach a copy of the escrow account statement prepared I a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $215.11*      **New escrow payment:** $286.35

### Part 2   Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - [x] No
   - [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not Attached, explain why: _____

   **Current interest rate:** _____ %     **New interest rate:** _____ %

   **Current principal and interest payment:** $ _____     **New principal and interest payment:** $ _____

### Part 3   Other payment change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - [x] No
   - [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     *(Court approval may be required before the payment change can take effect.)*
     Reason for change: _____

   **Current mortgage payment:** $ _____     **New mortgage payment:** $ _____

Debtor 1  Sandra Kay Underwood   Case number (if known)  20-70658-AKM-13
          First Name  Middle Name  Last Name

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and title, if any, and state your address and telephone number.

Check the appropriate box

☐ I am the creditor

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and reasonable belief.**

X   /s/ S. Brent Potter         Date  6/14/2021
    Signature

Print:  S. Brent Potter           Title  Attorney for Creditor
        First Name  Middle Name  Last Name

Company  Doyle & Foutty, P.C.

Address  41 E. Washington St., Suite 400
         Number    Street

         Indianapolis           IN        46204
         City                   State     ZIP Code

Contact Phone  317-264-5000        Email  bankruptcy@doylefoutty.com

---

*To the extent any prior changes in the payments under the terms of the loan documents and/or escrow adjustments were not noticed in this Court pursuant to Bankruptcy Rule 3002.1 after December 1, 2011 or the Petition Date (whichever is later), Freedom notes that that amount will not go into effect. The current payment listed on the attached escrow analysis did not go into effect and the current escrow component corresponds with the last timely filed escrow analysis.

74

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served upon the following electronically or by first class, United States mail, postage prepaid or electronic mail, on the date of filing in the United States Bankruptcy Court:

Sandra Kay Underwood, 4721 Old Plank Road North, New Harmony, IN 47631
James Raymond Wiesneth, Jr., James R. Wiesneth Jr., 2901 Ohio Boulevard, Suite 220, P.O. Box 3148, Terre Haute, IN 47803, jrw@wiesnethlaw.com
Robert P. Musgrave, P. O. Box 972, Evansville, IN 47706-0972, ecf@chap13evv.com
U.S. Trustee, Office of the U.S. Trustee, 101 W. Ohio St. Ste. 1000, Indianapolis, IN 46204, ustpregion10.in.ecf@usdoj.gov

                                                By  /s/ S. Brent Potter
                                                Attorneys for Freedom Mortgage Corporation
                                                Doyle & Foutty, P.C.
                                                41 E Washington Street, Suite 400
                                                Indianapolis, IN 46204
                                                Phone: (317) 264-5000
                                                Fax: (317) 264-5400
                                                Email: bankruptcy@doylefoutty.com

S. Brent Potter (10900-49)
Tina M. Caylor (30994-49)
David M. Johnson (30354-45)
Alan W. McEwan (24051-49)
Matthew L. Foutty (20886-49)
Maura E. Binder (34314-22)
Craig D. Doyle (4783-49)
Jessica S. Owens (26533-49)
DOYLE & FOUTTY, P.C.
41 E Washington St., Suite 400
Indianapolis, IN 46204
Phone: 317-264-5000
Fax: 317-264-5400

REPRESENTATION OF PRINTED DOCUMENT
Case 20-70658-AKM-13   Doc    Filed 06/14/21    EOD 06/14/21 17:13:04    Pg 4 of 6



FREEDOM MORTGAGE®  PO BOX 50428
INDIANAPOLIS, IN 46250-0401

**Escrow Account Disclosure Statement**

| Account Information | |
|---|---|
| Loan Number: | |
| Property Address: | 4721 OLD PLANK RD N<br>NEW HARMONY IN 47631 |
| Statement Date: | 06/01/2021 |
| Current Payment Amount: | $801.84 |
| **New Payment Amount:** | **$866.45** |
| **New Payment Effective Date:** | **08/01/2021** |

SANDRA UNDERWOOD
4721 OLD PLANK RD N
NEW HARMONY IN 47631-9282

You are receiving this statement because you have an escrow account with us. We have safeguards in place to ensure there is enough money in your account to cover your homeowners insurance, real estate taxes and mortgage insurance, if applicable. However, changes in your taxes and insurance could result in a shortage or surplus in your escrow account.

Based on our most recent analysis, you have a shortage of $447.06 in your escrow account. This shortage likely was caused by changes in your taxes and/or insurance. A shortage may also result if full monthly escrow payments have not been made to your account. To see these changes, refer to Part 2. We will automatically spread the shortage amount over 12 months of future monthly escrow payments.

| | |
|---|---|
| Projected Minimum Balance | $851.42 |
| - Required Minimum Balance | $342.46 |
| Shortage Amount | $447.06 |

The required minimum balance is also known as the escrow cushion. The required minimum balance or escrow cushion is the amount that you are required to pay into your escrow account to cover unanticipated disbursements for escrow items or for disbursements that have to be made before the monthly escrow payments are available in your escrow account.

Part 1 provides your current and the new escrow payment amounts. Part 2 shows what has already happened in your account while Part 3 shows what we anticipate happening in your account over the next 12 months. As escrow items are subject to change each year, the amounts in Part 3 are only estimates.



**PART 1**

**Your Mortgage Payment**

Payment information beginning with your 08/01/2021 payment

The escrow shortage amount will automatically be spread over 12 months. Your new monthly payment will be $866.45.

| Payment Information | Current Monthly Payment | New Monthly Payment |
|---|---|---|
| Principal & Interest: | $580.10 | $580.10 |
| Escrow Payment: | $215.11 | $249.10 |
| Shortage Spread: | $6.63 | $37.25 |
| **Total Payment:** | **$801.84** | **$866.45** |

**NOTICE:** Freedom Mortgage Corporation is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. However, in the event the debt has been discharged pursuant to or the addressee or recipient is under the protection of federal bankruptcy law, this communication is solely for informational purposes and is not an attempt to collect a debt.

(This space intentionally left blank)

INTERNET REPRINT



## PART 2 — Your Escrow Account History

The chart below compares what we projected to occur with actual activity in your escrow account since the last analysis.

### Previous Year's Projections (Estimated)

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
|  |  |  | Beginning Balance | $956.02 |
| Jul 2020 | $215.11 | $0.00 |  | $1,171.13 |
| Aug 2020 | $215.11 | $79.61 | FHA MORTGAGE INSURANCE | $1,306.63 |
| Sep 2020 | $215.11 | $79.61 | FHA MORTGAGE INSURANCE | $1,442.13 |
| Oct 2020 | $215.11 | $79.61 | FHA MORTGAGE INSURANCE | $1,577.63 |
| Oct 2020 | $0.00 | $0.00 |  | $1,577.63 |
| Nov 2020 | $215.11 | $1,099.00 | FORCED PLACE HO | $693.74 |
| Nov 2020 | $0.00 | $79.61 | FHA MORTGAGE INSURANCE | $614.13 |
| Nov 2020 | $0.00 | $263.52 | COUNTY TAX | $350.61 |
| Dec 2020 | $215.11 | $79.61 | FHA MORTGAGE INSURANCE | $486.11 |
| Jan 2021 | $215.11 | $79.61 | FHA MORTGAGE INSURANCE | $621.61 |
| Feb 2021 | $215.11 | $79.61 | FHA MORTGAGE INSURANCE | $757.11 |
| Mar 2021 | $215.11 | $79.61 | FHA MORTGAGE INSURANCE | $892.61 |
| Apr 2021 | $215.11 | $79.61 | FHA MORTGAGE INSURANCE | $1,028.11 |
| Apr 2021 | $0.00 | $0.00 |  | $1,028.11 |
| May 2021 | $215.11 | $79.61 | FHA MORTGAGE INSURANCE | $1,163.61 |
| May 2021 | $0.00 | $263.52 | COUNTY TAX | $900.09 |
| Jun 2021 | $215.11 | $79.61 | FHA MORTGAGE INSURANCE | $1,035.59 |
| Total | $2,581.32 | $2,501.75 |  |  |

### Actual Activity

| Date | Paid In | Paid Out |   | Description | Balance |
|---|---|---|---|---|---|
|  |  |  |  | Beginning Balance | ($4,120.23) |
| Jul 2020 | $0.00 | $79.61 | * | FHA MORTGAGE INSURANCE | ($4,199.84) |
| Aug 2020 | $0.00 | $79.61 |  | FHA MORTGAGE INSURANCE | ($4,279.45) |
| Sep 2020 | $0.00 | $79.61 |  | FHA MORTGAGE INSURANCE | ($4,359.06) |
| Oct 2020 | $645.33 | $79.61 | * |  | ($3,793.34) |
| Oct 2020 | $0.00 | $263.52 |  | COUNTY TAX | ($4,056.86) |
| Nov 2020 | $99.00 | $1,538.00 | * |  | ($5,495.86) |
| Nov 2020 | $0.00 | $79.61 |  | FHA MORTGAGE INSURANCE | ($5,575.47) |
| Nov 2020 | $0.00 | $0.00 |  |  | ($5,575.47) |
| Dec 2020 | $251.89 | $79.61 |  |  | ($5,403.19) |
| Jan 2021 | $0.00 | $79.61 |  | FHA MORTGAGE INSURANCE | ($5,482.80) |
| Feb 2021 | $503.78 | $77.87 | * |  | ($5,056.89) |
| Mar 2021 | $0.00 | $77.87 | * | FHA MORTGAGE INSURANCE | ($5,134.76) |
| Apr 2021 | $490.91 | $77.87 | * |  | ($4,721.72) |
| Apr 2021 | $0.00 | $258.38 |  | COUNTY TAX | ($4,980.10) |
| May 2021 | $12.87 | $77.87 | * |  | ($5,045.10) |
| May 2021 | $0.00 | $0.00 |  |  | ($5,045.10) |
| Jun 2021 | $0.00 | $0.00 | E |  | ($5,045.10) |
| Total | $2,003.78 | $2,928.65 |  |  |  |

An asterisk (*) indicates a difference in that month between the actual activity and the estimated activity.

When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

A double asterisk (**) indicates a difference in that month between the actual activity and the estimated activity due to interest payable on Escrow which is not estimated.

LOAN NUMBER: ███████

(This space intentionally left blank)

**FREEDOM MORTGAGE®**
PO BOX 50428
INDIANAPOLIS, IN 46250-0401

## Escrow Account Disclosure Statement

| Account Information | Page 2 |
|---|---|
| Loan Number: | |
| Property Address: | 4721 OLD PLANK RD N<br>NEW HARMONY IN 47631 |
| Statement Date: | 06/01/2021 |
| Current Payment Amount: | $801.84 |
| **New Payment Amount:** | **$866.45** |
| **New Payment Effective Date:** | **08/01/2021** |

SANDRA UNDERWOOD
4721 OLD PLANK RD N
NEW HARMONY IN 47631-9282

### PART 3 — Expected Escrow Payments over the next 12 Months

| | |
|---|---:|
| HOMEOWNERS | $1,538.00 |
| FHA MORTGAGE INSURANCE | $934.44 |
| COUNTY TAX | $516.76 |
| **Total Disbursements** | **$2,989.20** |

Freedom expects to pay $2,989.20 over the next 12 months.
Here's how to calculate your new monthly escrow payment:

| | |
|---|---:|
| Total Disbursements: | $2,989.20 |
| ÷ 12 Months: | 12 |
| **New Monthly Escrow Payment** | **$249.10** |

#### Summary of Your Projected Escrow Account for the Coming Year

| Date | Payment to Escrow | What We Expect to Pay Out | Description | Your Actual Balance | Balance Needed In Your Account |
|---|---:|---:|---|---:|---:|
| | | | Beginning Balance | $1,006.86 | $1,453.92 |
| Aug 2021 | $249.10 | $77.87 | FHA MORTGAGE INSURANCE | $1,178.09 | $1,625.15 |
| Sep 2021 | $249.10 | $77.87 | FHA MORTGAGE INSURANCE | $1,349.32 | $1,796.38 |
| Oct 2021 | $249.10 | $1,538.00 | HOMEOWNERS | $60.42 | $507.48 |
| Oct 2021 | $0.00 | $77.87 | FHA MORTGAGE INSURANCE | ($17.45) | $429.61 |
| Nov 2021 | $249.10 | $77.87 | FHA MORTGAGE INSURANCE | $153.78 | $600.84 |
| Nov 2021 | $0.00 | $258.38 | COUNTY TAX | ($104.60) | $342.46 * |
| Dec 2021 | $249.10 | $77.87 | FHA MORTGAGE INSURANCE | $66.63 | $513.69 |
| Jan 2022 | $249.10 | $77.87 | FHA MORTGAGE INSURANCE | $237.86 | $684.92 |
| Feb 2022 | $249.10 | $77.87 | FHA MORTGAGE INSURANCE | $409.09 | $856.15 |
| Mar 2022 | $249.10 | $77.87 | FHA MORTGAGE INSURANCE | $580.32 | $1,027.38 |
| Apr 2022 | $249.10 | $77.87 | FHA MORTGAGE INSURANCE | $751.55 | $1,198.61 |
| May 2022 | $249.10 | $77.87 | FHA MORTGAGE INSURANCE | $922.78 | $1,369.84 |
| May 2022 | $0.00 | $258.38 | COUNTY TAX | $664.40 | $1,111.46 |
| Jun 2022 | $249.10 | $77.87 | FHA MORTGAGE INSURANCE | $835.63 | $1,282.69 |
| Jul 2022 | $249.10 | $77.87 | FHA MORTGAGE INSURANCE | $1,006.86 | $1,453.92 |
| | $2,989.20 | $2,989.20 | | | |

The required minimum balance, as indicated by the asterisk (*) in the summary above, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your minimum balance may include up to two months of escrow payments (excluding PMI/MIP) to cover increases to your taxes and homeowners insurance.

### PART 4 — What This Means to You

Your escrow balance is less than the required minimum balance or cushion in your account. The resulting shortage is $447.06.

The Escrow shortage has been spread over 12 months. Including the shortage, your new total monthly payment will be $866.45.

Did you know by having recurring payments set up through FreedomMortgage.com, we'll adjust for any changes in your monthly payment automatically? However, if you have automatic bill pay through your bank, you'll need to contact them directly to adjust your payment.

### PART 5 — How You Can Reach Us with Questions

Should you have any questions regarding the information provided in this statement please do not hesitate to contact us at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday from 8:00am – 10:00pm and Saturday from 9:00am – 6:00pm Eastern Time.

LOAN NUMBER: